## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| Wyatt Babb,      )<br>    Plaintiff,        )<br>                       )<br>    v.                )<br>                       )<br>National Credit Systems, Inc., a )<br>Georgia corporation,   )<br>    Defendant.   ) | No. 1:20-cv-02714-JPH-TAB |

### STIPULATION OF DISMISSAL

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, having reached a settlement of Plaintiff's claims against the Defendant, hereby stipulates to the dismissal of his claims with prejudice.

Dated:  January 15, 2021

One of Plaintiff's Attorneys

/s/  David J. Philipps\
David J. Philipps\
Philipps & Philipps, Ltd.\
9760 S. Roberts Road\
Suite One\
Palos Hills, Illinois 60465

One of Defendant's Attorneys

/s/  Katrina M. DeMarte w-permission\
Katrina M. DeMarte\
DeMarte Law, PLLC\
39555 Orchard Hill Place; PMB 6338\
Novi, Michigan 48375

The foregoing stipulation is hereby approved and Plaintiff's claims are hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____, 2021

                              ENTERED:

                              _____
                              Judge, United States District Court

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 15, 2021, a copy of the foregoing **Stipulation of Dismissal** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Katrina M. DeMarte                  katrina@demartelaw.com
DeMarte Law, PLLC
39555 Orchard Hill Place; PMB 6338
Novi, Michigan 48375

John T. Steinkamp                 john@johnsteinkampandassociates.com
John Steinkamp & Associates
5214 South East Street
Suite D1
Indianapolis, Indiana 46227

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com